Fill in this information to identify the case:

United States Bankruptcy Court for the:
**Western District of Texas**

Case number (if known): _____  Chapter **11**

☐ Check if this is an amended filing

# Official Form 201

## Voluntary Petition for Non-Individuals Filing for Bankruptcy   04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | | |
|---|---|---|
| **1. Debtor's name** | **e.f. marketing group LLC** | |
| **2. All other names debtor used in the last 8 years** Include any assumed names, trade names, and *doing business as names* | **Accu-Print and Accu-Labels** | |
| **3. Debtor's federal Employer Identification Number (EIN)** | **8 4 – 3 5 0 5 0 0 2** | |
| **4. Debtor's address** | **Principal place of business** 3503 Crosspoint Number   Street San Antonio, TX 78217 City   State   ZIP Code Bexar County | **Mailing address, if different from principal place of business** Number   Street City   State   ZIP Code **Location of principal assets, if different from principal place of business** Number   Street City   State   ZIP Code |
| **5. Debtor's website (URL)** | | |
| **6. Type of debtor** | ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) ☐ Partnership (excluding LLP) ☐ Other. Specify: _____ | |

Debtor   **e.f. marketing group LLC**   Case number *(if known)*
　　　　Name

**7. Describe debtor's business**

A. *Check one:*
☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. §101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. §781(3))
☑ None of the above

B. *Check all that apply:*
☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .
**3 2 3 1**

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*
☐ Chapter 7
☐ Chapter 9
☑ Chapter 11. *Check all that apply:*
　☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).
　☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
　☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.
　☐ A plan is being filed with this petition.
　☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
　☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
　☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No
☐ Yes.   District _____   When _____ (MM/DD/YYYY)   Case number _____
　　　　District _____   When _____ (MM/DD/YYYY)   Case number _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☑ No
☐ Yes.   Debtor _____   Relationship _____
　　　　District _____   When _____ (MM/DD/YYYY)
　　　　Case number, if known _____

Official Form 201　　**Voluntary Petition for Non-Individuals Filing for Bankruptcy**　　page **2**

Debtor  **e.f. marketing group LLC**   Case number *(if known)*
  Name

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
       Number   Street

_____
City                                                        State    ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency _____
      Contact name _____
      Phone _____

### Statistical and administrative information

**13. Debtor's estimation of available funds?**

*Check one:*

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☐ 1-49   ☑ 50-99   ☐ 1,000-5,000   ☐ 5,001-10,000   ☐ 25,001-50,000   ☐ 50,000-100,000
☐ 100-199   ☐ 200-999   ☐ 10,001-25,000   ☐ More than 100,000

**15. Estimated assets**

☐ $0-$50,000   ☐ $1,000,001-$10 million   ☐ $500,000,001-$1 billion
☐ $50,001-$100,000   ☐ $10,000,001-$50 million   ☐ $1,000,000,001-$10 billion
☐ $100,001-$500,000   ☐ $50,000,001-$100 million   ☐ $10,000,000,001-$50 billion
☑ $500,001-$1 million   ☐ $100,000,001-$500 million   ☐ More than $50 billion

Debtor __e.f. marketing group LLC__  Case number *(if known)* _____
      Name

| 16. Estimated liabilities | ☐ $0-$50,000 | ☑ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
|---|---|---|---|
| | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- I have been authorized to file this petition on behalf of the debtor.
- I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __04/23/2025__
            MM/ DD/ YYYY

X __/s/ Jason Ellis__  __Jason Ellis__
Signature of authorized representative of debtor  Printed name

Title __Managing Member__

**18. Signature of attorney**

X __/s/ Steven G. Cennamo__  Date __04/23/2025__
Signature of attorney for debtor        MM/ DD/ YYYY

__Steven G. Cennamo__
Printed name

__Law Office of Cennamo & Werner__
Firm name

__8546 Broadway Ste 100__
Number    Street

__San Antonio__    __TX__    __78217-6345__
City    State    ZIP Code

__(210) 905-0529__    __scennamo@cennamowernerlaw.com__
Contact phone    Email address

__04045600__    __TX__
Bar number    State

Fill in this information to identify the case:

Debtor name: **e.f. marketing group LLC**

United States Bankruptcy Court for the: **Western District of Texas**

Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders 12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Live Oak Bank<br>1741 Tiburon Dr<br>Wilmington, NC 28403 | | | Contingent<br>Disputed<br>Unliquidated | | | $335,000.00 |
| 2 | Live Oak Bank<br>1741 Tiburon Dr<br>Wilmington, NC 28403-6244 | | | Contingent<br>Disputed<br>Unliquidated | | | $99,000.00 |
| 3 | BT Management<br>7400 Cannon Mountain<br>Austin, TX 78749 | | | | | | $87,769.22 |
| 4 | Internal Revenue Service<br>Centralized Insolvency Office<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | | 941 Taxes | | | | $59,606.02 |
| 5 | Clampitt Paper Co.<br>3550 Ridgeside<br>San Antonio, TX 78217-2893 | | Services and Supplies | | | | $32,211.71 |
| 6 | UPM Ratflatac, Inc<br>400 Broadpointe Dr.<br>Mills River, NC 28759 | | | | | | $22,606.84 |
| 7 | Veritiv Operating Company | | | | | | $20,162.88 |
| 8 | Lindenmeyer Munroe<br>9700 Decker Lane 100<br>Austin, TX 78724 | | | | | | $19,733.16 |

Debtor     **e.f. marketing group LLC**                                    Case number *(if known)*
           Name

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | Fedrigoni Acucote<br>910 E. Elm St<br>Graham, NC 27253 | | Business Debt | | | | $16,810.08 |
| 10 | Green Bay Packaging<br>5901 Campus Dr,<br>Nixon, TX 78140 | | | | | | $15,243.06 |
| 11 | Label Edge LLC<br>3453 N. PanAm Expressway 303<br>San Antonio, TX 78219 | | | | | | $14,193.98 |
| 12 | Abbott Label<br>11440 Hillguard Rd<br>Dallas, TX 75243-5502 | | Services and Supplies | | | | $12,234.80 |
| 13 | Albert Uresti, MPA, PCAC<br>3370 Nacogdoches Rd<br>San Antonio, TX 78217-3375 | | Taxes | | | | $12,053.19 |
| 14 | Texas Comptroller of Public Accounts<br>P.O. Box 149359<br>Austin, TX 78714 | | | | | | $9,738.47 |
| 15 | FirstOption Workforce Solution<br>8918 Tesoro Dr 500<br>San Antonio, TX 78217 | | | | | | $9,439.37 |
| 16 | Evans Manufacturing<br>74222 Chapman Ave<br>Garden Grove, CA 92841 | | Business Debt | | | | $7,704.95 |
| 17 | Redsmith Graphic Solutions<br>10737 Gulfdale<br>San Antonio, TX 78216 | | | | | | $6,853.19 |
| 18 | PLLC | | | | | | $6,365.00 |
| 19 | Cameo Novelty & Pen Corp.<br>400 Hillside Ave<br>Hillside, NJ 07205-1117 | | Services and Supplies | | | | $5,911.38 |
| 20 | Texas Envelope<br>10655 Shady Trail<br>Dallas, TX 75220 | | | | | | $5,849.37 |

Official Form 204     **Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims**     page 2

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

IN RE: **e.f. marketing group LLC**         CASE NO

                                             CHAPTER **11**


**VERIFICATION OF CREDITOR MATRIX**

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date  **04/23/2025**     Signature     **/s/ Jason Ellis**
                                       Jason Ellis, Managing Member

1st Source Digital
4390 E FM 1518 N
Selma, TX 78154-1376


Abbott Label
11440 Hillguard Rd
Dallas, TX 75243-5502


ACTEGA North America, Inc.
1450 Taylors Ln
Cinnaminson, NJ 08077-2512


Alamo Mailing Company
13114 lookout run
San Antonio, TX 78233


Albert Uresti, MPA, PCAC
3370 Nacogdoches Rd
San Antonio, TX 78217-3375


All Pro Laminators
9703 Ball St
San Antonio, TX 78217-3704


Alpha Graphics
16101 College Oak
San Antonio, TX 78249


Alpi International
3435 Regatta Blvd
Richmond, CA 94804-4594

AMG Printing & Mailing
4606 N Stahl Park Ste 106
San Antonio, TX 78217-1113

Ariel Premium Supply Inc.
8825 Page Ave
Saint Louis, MO 63114-6105

Bexar County
c/o Bradley Balderrama
711 Navarro St Ste 300
San Antonio, TX 78205-1749

Bosworth Papers Inc.
6301 E Stassney Ln
Austin, TX 78744-3042

Brian C. Steward
445 Recoleta Rd # R
San Antonio, TX 78216-7526

BT Management
7400 Cannon Mountain
Austin, TX 78749

CAD Supplies Specialty, Inc.
5951 Chandler Rd
Hutto, TX 78634-2682

Cameo Novelty & Pen Corp.
400 Hillside Ave
Hillside, NJ 07205-1117

Chuck Ellis
215 Calming Agave Way
San Marcos, TX 78666

Clampitt Paper Co.
3550 Ridgeside
San Antonio, TX 78217-2893

Conversource
1510 Page Industrial Blvd
Saint Louis, MO 63132

Crystal Clean
17353 Bell North Dr Ste 103
Schertz, TX 78154-3380

Discount Labels
4115 Profit Ct
New Albany, IN 47150

Diversified Printing
1927 W Commerce St
San Antonio, TX 78207-3834

Electronics For Imaging
6750 Dumbarton Cir
Fremont, CA 94555-3616

Encore Bank
711 Broadway St Ste 106
San Antonio, TX 78215-1803

Evans Manufacturing
74222 Chapman Ave
Garden Grove, CA 92841

FedEx
7900 Legacy Dr
Garden Grove, CA 75024

Fedrigoni Acucote
910 E. Elm St
Graham, NC 27253

FirstOption Workforce Solution
8918 Tesoro Dr 500
San Antonio, TX 78217

FlexoParts.com
1054 Monroe Roda 103
Lebanon, OH 45036

FundFi
352 Futon Ave
Hempstead, NY 11550

Galaxy Copiers
5200 Cliffwood Dr
Montclair, CA 91763

Gary Austin Advertising

Georgia Printco LLC
90 S. Oak St
Lakeland, GA 31635

Granger Mailing Solutions LLC
7509 Menchaca Road 112
Austin, TX 78745

Green Bay Packaging
5901 Campus Dr,
Nixon, TX 78140

Grimco

Heidelberg USA
1000 Gutenberg Dr
Kennesaw, GA 30144

Highspring LLC

Hudson Embroidery, LLC
330 Culebra Road
San Antonio, TX 78201

Internal Revenue Service
Centralized Insolvency Office
P.O. Box 7346
Philadelphia, PA 19101-7346

Jason Ellis
25002 Wingfoot
San Antonio, TX 78260


Kocher Beck


Konica Minolta Business
Solutions USA Inc
45 NE Interstate 410 300
San Antonio, TX 78216


Konica Minolta Premier
Finance
300 W. 15th Stree 1300
Austin, TX 78701


KPA Services LLC


Kurz


Label Edge LLC
3453 N. PanAm Expressway 303
San Antonio, TX 78219


Law Office of Cennamo &
Werner
8546 Broadway Ste 100
San Antonio, TX 78217-6345

LBR Data Group

Lindenmeyer Munroe
9700 Decker Lane 100
Austin, TX 78724

Live Oak Bank
1741 Tiburon Dr
Wilmington, NC 28403

Live Oak Bank
1741 Tiburon Dr
Wilmington, NC 28403-6244

Logo Masters

Lone State Fire and First Aid

MD Machine

Monarch Trophy Studio
16227 San Pedro ave
San Antonio, TX 78232

Navitor Inc

Overwraps Flexibles

PLLC

Press Parts
4700 US-377 5A
Aubrey, TX 76227

PrintEdd Products

PTS Mfg

QFS Capital LLC
7901 4th St N Ste 13070
St Petersburg, FL 33702-4305

Qspac Industries
7901 4th Street N 13070
Saint Petersburg, FL 33702

Redsmith Graphic Solutions
10737 Gulfdale
San Antonio, TX 78216

Republic Graphics
4251 Cetergare St
San Antonio, TX 78217

Rotometrics

SmithPrint Printing Solutions

Tailored Solutions Label
N72W12565 Good Hope Road
Menomonee Falls, WI 53051

Talogy, Inc
5700 Corporate DR 300
Pittsburgh, PA 15237

Tatum Martelle

Taylor Ochoa Design

Texas Attorney General

Texas Comptroller of Public Accounts
P.O. Box 149359
Austin, TX 78714

Texas Envelope
10655 Shady Trail
Dallas, TX 75220

Texas Type
5405 Bandera Road 114
San Antonio, TX 78238

The Leslie Company, Inc
15290 S/ Keeler St
Olathe, KS 66062

Think Ink Inc

Tiger Sanitations

Trion Chemicals

ULINE
12575 Uline Dr
Pleasant Prairie, WI 53158


United States Attorney General
Department of Justice
950 Pennsylvania Avenue N.W
Washington, DC 20530

United States Attorney, Civil Process Clerk
601 N.W. Loop 410 Ste 600
San Antonio, TX 78216


UPM Ratflatac, Inc
400 Broadpointe Dr.
Mills River, NC 28759


Ups
55 Glenlake Pdwy NE
Atlanta, GA 30328


Veritiv Operating Company



William Steinert Mask



Yazoo Mills Inc.

Zink Wear